**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1870**

ROBERT ERIC ESTES,

                Plaintiff - Appellant,

        v.

VIRGINIA PENINSULA REGIONAL JAIL,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Arenda Wright Allen,
District Judge.  (4:11-cv-00166-AWA-TEM)

Submitted:  December 20, 2012      Decided:  December 26, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Eric Estes, Appellant Pro Se.  Jeff W. Rosen, PENDER &
COWARD, PC, Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Eric Estes appeals the district court's orders denying relief on his employment discrimination and related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Estes v. Virginia Peninsula Regional Jail, No. 4:11-cv-00166-AWA-TEM (E.D. Va. June 12, 2012; July 16, 2012). We deny Estes' motion for appointment of counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2